UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE WATSON HERNDON,

    Plaintiff,

v.

C. TRAYLOR, et al.,

    Defendants.
_____/

Case No. 1:21-cv-470

HON. JANE M. BECKERING

**ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendants filed a Motion for Summary Judgment (ECF No. 23). Plaintiff filed a Motion for Declaratory Judgment (ECF No. 37). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 14, 2022 (ECF No. 48), recommending that this Court grant Defendants' motion for summary judgment, deny Plaintiff's motion for a declaratory judgment, and dismiss Plaintiff's complaint with prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 48) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 23) is GRANTED.

**IT IS FURTHER ORDERED** that the Motion for Declaratory Judgment (ECF No. 37) is DENIED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: December 12, 2022                         /s/ Jane M. Beckering
                                                JANE M. BECKERING
                                                United States District Judge